# Court of Appeals
# of the State of Georgia

ATLANTA, October 28, 2013

*The Court of Appeals hereby passes the following order:*

**A12A1822. GRINER, et al. v. SYNOVUS BANK, et al.**

Pursuant to the order of the Georgia Supreme Court issued on October 7, 2013, which vacated our previous opinion in this case, *Synovus Bank v. Griner*, 321 Ga. App. 359 (739 SE2d 504) (2013), this case is hereby REMANDED to the trial court for further consideration, including a determination of what effect, if any, the July 3, 2013 Declaratory Order issued by the Georgia Department of Banking and Finance has on this case. The July 3 order declares that to provide parity with national banks, overdraft fees imposed by state-chartered banks in connection with deposit accounts are not subject to Georgia's usury laws.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/28/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*